UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMILCAR ROMEO PEREZ, FIDEL AVILA PEREZ, and LUIS EDUARDO GUARCAZ CHILEL, individually and on behalf of others similarly situated,

Plaintiffs,

-against-

THIRD AVENUE FOOD CORP. (D/B/A TIVOLI CAFE), GUS KASSIMIS; and JAIME DOE A/K/A JIMMY,

Defendants.

**ORDER**

20 Civ. 9832 (PGG) (JLC)

PAUL G. GARDEPHE, U.S.D.J.:

The Complaint was filed on November 23, 2020. (Cmplt. (Dkt. No. 1)) On November 25, 2020, this case was referred to Magistrate Judge James L. Cott for general pretrial supervision. (Dkt. No. 10) On December 3, 2020, Plaintiffs filed an affidavit of service with respect to Defendant Third Avenue Food Corp. (Dkt. No. 11) On January 25, 2021, Plaintiffs filed affidavits of service with respect to Defendants Gus Kassimis and Jaime Doe. (Dkt. Nos. 12, 13) To date, no answer has been filed and no appearance has been entered for Defendants.

Accordingly, Plaintiffs will move for a default judgment by **March 24, 2021** in accordance with Rule VIII of this Court's individual rules of practice, which are available on the Court's website. If Plaintiffs do not move for a default judgment by **March 24, 2021**, this case **will be dismissed for failure to prosecute.**

Dated: New York, New York
       March 10, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge