# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620
ramsha@csm-legal.com

May 4, 2022

**VIA ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

        Re:    Perez et al. v. Third Avenue Food Corp., et al.
                Index No.: 20-cv-09832-PGG-JLC

Your Honor:

      This office represents Plaintiffs in the above referenced matter. This letter is written with Defendants to respectfully request an extension of time to submit the settlement agreement and materials concerning the fairness of the settlement from May 6, 2022 to May 20, 2022. The parties have exchanged drafts and finalized the terms of the agreement but need additional time for all the parties to execute the agreement. This is the first such request.

      We thank the Court for the time and attention devoted to this matter.

                Respectfully Submitted,

                */s/ Ramsha Ansari*
                Ramsha Ansari, Esq.
                60 East 42nd Street, Suite 4510
                New York, NY 10165
                Tel. No.: (212) 317-1200
                *Attorneys for Plaintiff*

CC: All Counsel (VIA ECF)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul R. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: May 6, 2022

*Certified as a minority-owned business in the State of New York*