# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510            Telephone: (212) 317-1200
New York, New York 10165                Facsimile: (212) 317-1620
ramsha@csm-legal.com

May 19, 2022

**VIA ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

       Re:     Perez et al. v. Third Avenue Food Corp., et al.
                 Index No.: 20-cv-09832-PGG-JLC

Your Honor:

     This office represents Plaintiffs in the above referenced matter. This letter is written jointly with Defendants to respectfully request an extension of time to submit the settlement agreement and materials concerning the fairness of the settlement from May 20, 2022 to June 3, 2022. The settlement agreement has been partially executed by the Plaintiffs and the parties need additional time for all the Defendants and one remaining Plaintiff to execute the agreement. This is the second such request.

     We thank the Court for the time and attention devoted to this matter.

                                           Respectfully Submitted,

                                           */s/ Ramsha Ansari*
                                           Ramsha Ansari, Esq.
                                           60 East 42nd Street, Suite 4510
                                           New York, NY 10165
                                           Tel. No.: (212) 317-1200
                                           *Attorneys for Plaintiff*

CC: All Counsel (VIA ECF)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: May 24, 2022

*Certified as a minority-owned business in the State of New York*