UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMILCAR ROMEO PEREZ, FIDEL AVILA
PEREZ, and LUIS EDUARDO GUARCAX
CHILEL, individually and on behalf of others
similarly situated,

                          Plaintiffs,

                  - against -

THIRD AVENUE FOOD CORP. (D/B/A Tivoli
Cafe), GUS KASSIMIS, JAIME DOE (A/K/A
Jimmy), and HONG LIU,

                          Defendants.

**ORDER**

20 Civ. 9832 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

   This case having come before the Court upon the joint request of Plaintiffs and

Defendants Third Avenue Food Corp., Gus Kassimis, and Hong Liu ("Defendants"), the Court

having been advised of and considered the Settlement Agreements dated June 3, 2022 and May

25, 2022, entered into by and among Plaintiffs and Defendants that has resulted from arm's

length settlement negotiations, and upon the joint application of Plaintiffs and Defendants, by

their attorneys, seeking review and approval by the Court thereof, and based on the entire record,

it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

   1. The Court approves and adopts the terms of the Settlement Agreements

    entered into between the parties in the above-captioned case.  Recognizing

    that there is no admission of liability by Defendants, the Settlement

    Agreements reflect a fair, reasonable, and appropriate compromise deemed in

    the best interests of the parties and in accordance with the law.

2.  Consistent with the Settlement Agreements, this action is hereby dismissed with prejudice.  The Court will retain jurisdiction over the parties to the Agreements for the purpose of interpretation and compliance with the Agreements.

3.  The Clerk of Court is directed to close this case.

Dated:  New York, New York
        June 17, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge